FILED
Feb 20 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/yesenlab   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>FRANCISCO SAUL<br>ROJAS-HERNANDEZ,<br><br>                  Defendant. | Case No.   '20 CR0624 CAB<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii)(v)(I) and (a)(1)(B)(ii) - Conspiracy to Transport Aliens within the United States for Financial Gain (Felony) |

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including January 13, 2020, within the Southern District of California and elsewhere, defendant FRANCISCO SAUL ROJAS-HERNANDEZ, with others known and unknown, with the intent to violate the immigration laws of the United States, did knowingly and in reckless disregard of the fact that alien namely, Inocencio Gomez-Vasquez, had not received prior official authorization to come to, enter, or reside in the United States, did conspire with others to transport and move said alien, within the United States in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage and private financial gain in violation of law, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i),(v)(I), and (a)(1)(B)(ii).

///

///

DATED: 2/20/20

ROBERT S. BREWER Jr.
United States Attorney

*/s/ Conor L. McMahon*

CONOR L. MCMAHON
Special Assistant U.S. Attorney